UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM TROUT,

    Plaintiff,

v.                                      Case No.:  2:24-cv-664-JLB-KCD

SUMMIT FIRE & SECURITY LLC,

    Defendant.
_____/

## ORDER

Before the Court is Defendant Summit Fire & Security LLC's Agreed Motion to Compel Arbitration and Stay Proceedings. (Doc. 6.) The parties agree that this wage and hour case should go to arbitration considering that William Trout signed an arbitration agreement (Doc. 6-1), which included the requirement to submit any claims or disputes arising out of, or related to, his employment with Summit Fire & Security LLC and his wages to binding arbitration.

Accordingly, the Agreed Motion to Compel Arbitration and Stay Proceedings (Doc. 6) is **GRANTED**. The parties are directed to arbitrate this case promptly—in accordance with their agreement. **The clerk is directed to add a stay flag to the docket and administratively close the case**. This case will remain **STAYED** until the parties advise the court that (1)

arbitration has been completed and (2) the stay should be lifted, or the case should be dismissed. The parties must notify the court of such matters **within seven (7) days** of the arbitration concluding. The parties are otherwise directed to file a joint report on the status of arbitration **on October 24, 2024**, and **every ninety (90) days after** until arbitration concludes.

**ORDERED** in Fort Myers, Florida on July 26, 2024.

_____
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2