UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM TROUT,

       Plaintiff,

v.                                        Case No:  2:24-cv-00664-JLB-KCD

SUMMIT FIRE & SECURITY LLC,

       Defendant.
_____/

## ORDER

       The Magistrate Judge has entered a Report and Recommendation (Doc. 15), recommending that the case be dismissed without prejudice for failure to prosecute. No party has objected, and the time to do so has expired.

       A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

       Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk of Court is **DIRECTED** to enter judgment dismissing the case without prejudice, terminate all deadlines, deny all pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida, on June 4, 2025.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE